```
 1  James P. Watson, (SBN 046127)
    Bruce K. Leigh (SBN 129753)
 2  Anne Bevington (SBN 111320)
    STANTON, KAY & WATSON, LLP
 3  101 New Montgomery, Fifth Floor
    San Francisco, CA 94105
 4  Telephone: (415) 512-3501
    Facsimile: (415) 512-3515
 5  E-Mail: jamesw@skwsf.com

 6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> NEWCON CONCRETE CONSTRUCTION, INC., a California corporation; and MICHAEL HANSEN, an Individual, <br><br> Defendants. | Case No.: C-05-5425 CRB <br><br> PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; (PROPOSED) CASE MANAGEMENT ORDER <br><br> DATE: April 28, 2006 <br> TIME: 8:30 a.m. <br> COURTROOM: 8 <br> JUDGE: Hon. Charles R. Breyer |

Plaintiffs submit this statement in lieu of the Case Management Conference Statement and, because of the status of the case as set forth below, request that the Case Management Conference either be vacated or be continued for a period of 90 days.

The Complaint was filed against defendants Newcon Concrete Construction, Inc. and Michael Hansen. Both defendants were served on January 24, 2006. Defendant Hansen brought a motion to dismiss. By Order of Dismissal entered on March 17, 2006, the Court granted Mr. Hansen's motion, with leave to amend. Plaintiffs chose not to file an amended complaint against Mr. Hansen, the time

to amend has expired, and Mr. Hansen has submitted a proposed form of Judgment to be issued by the Court.

Defendant Newcon Concrete Construction, Inc. did not file a responsive pleading, and default was entered against it on March 15, 2006. Plaintiffs will file a Motion for Default Judgment as to Newcon, which will be set for hearing on June 9, 2006, or shortly thereafter.

In light of the status of the case, plaintiffs request that the Case Management Conference either be vacated or be continued for a period of 90 days.

DATED: April 21, 2006                                    STANTON, KAY & WATSON, LLP

By _Anne Bevington_____
Anne Bevington

Attorneys for Plaintiffs

---

## CASE MANAGEMENT ORDER

The Case Management Conference previously set for April 28, 2006, at 8:30 a.m., is hereby:

[ ] Vacated.

[X] Continued to __July 07, 2006_____, at the hour of __8:30_____, in Courtroom 8, 19th Floor (San Francisco).

DATED: _April 24, 2006____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

F:\CASES\8000\8000.202 Newcon Concrete\PLEADINGS\Request for Entry of Default