James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515
Email: jamesw@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>NEWCON CONCRETE CONSTRUCTION, INC., a California corporation; and MICHAEL HANSEN, an Individual,<br><br>Defendants. | Case No.: C-05-5425 CRB<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY |

Plaintiffs EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR

///
///
///

-1-
NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-05-5425 CRB]

1  NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING
2  TRUST FUND FOR NORTHERN CALIFORNIA, hereby substitute as their attorney:
3          Ronald L. Richman, Esq. (SBN 139189)
        Bullivant Houser Bailey, P.C.
4          601 California Street, Suite 1800
        San Francisco, California  94108-2823
5          Telephone No.  (415) 352-2700
        Facsimile No.  (415) 352-2701
6          E-Mail:    Ron.Richman@bullivant.com

7  in place and instead of their current attorneys, James P. Watson, Bruce K. Leigh and Anne Bevington,
8  Stanton, Kay & Watson, LLP.

9  **NEW COUNSEL ACCEPTS THIS SUBSTITUTION:**

10  DATED:   January ___, 2007            Ronald L. Richman
                                          BULLIVANT HOUSER BAILEY, P.C.
11
12                                        By: _____
                                              Ronald L. Richman
13

14  **FORMER COUNSEL CONSENTS TO THIS SUBSTITUTION:**

15  DATED:   January 5, 2007              James P. Watson
                                          Bruce K. Leigh
16                                        Anne Bevington
                                          STANTON, KAY & WATSON, LLP
17
18                                        By: _____
                                              Anne Bevington
19

20  **PLAINTIFFS CONSENT TO THIS SUBSTITUTION:**

21  DATED:   January ___, 2007            EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-
                                          CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT
22                                        MASONS HEALTH AND WELFARE TRUST FUND FOR
                                          NORTHERN CALIFORNIA; CEMENT MASONS
23                                        VACATION/HOLIDAY TRUST FUND FOR NORTHERN
                                          CALIFORNIA; CEMENT MASONS PENSION TRUST FUND
24                                        FOR NORTHERN CALIFORNIA; and CEMENT MASONS
                                          APPRENTICESHIP AND TRAINING TRUST FUND FOR
25                                        NORTHERN CALIFORNIA

26                                        By: _____
                                          Name: Edward Smith
27                                        Title: Fund Manager
                                          Authorized Representative
28  B:\CASES\8000\8000.202 Newcon Concrete\PLEADINGS\SUBSTITUTION OF ATTORNEY.doc
                               3/05/2007

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-2-
NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-05-5425 CRB]